FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV - 7 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH HOLZMEISTER, | Case No. C11-5159-JLR |
| Plaintiff, | ORDER REMANDING CASE FOR AWARD OF BENEFITS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for the purpose of awarding benefits.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 5th day of November, 2011.

_____
JAMES L. ROBART
United States District Judge

11-CV-05159-ORD

ORDER
PAGE - 1